IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| STEPHANIE RIGGS,<br><br>        Plaintiff,<br>v.<br><br>JOHNSON & JOHNSON and<br>ETHICON, INC.,<br><br>        Defendants. | Case No. 7:21-cv-00112-BO |

## NOTICE OF SETTLEMENT AND REQUEST TO STAY

COME NOW Plaintiff Stephanie Riggs and Defendants Ethicon, Inc. and Johnson & Johnson and hereby notify the Court that the parties have reached a resolution of this matter. In order to allow the parties sufficient time to conclude this action, the Parties jointly request that this case be moved to inactive status, that all deadlines and other proceedings be stayed, and that the Court allow the parties sixty (60) days to file a stipulation of dismissal with prejudice.

This the 15th day of September, 2021.

| | |
|---|---|
| **/s/ FATIMA ABUZERR**<br>Fatima Abuzerr<br>Admitted Pro Hac Vice Attorney<br>MOLL LAW GROUP<br>22 W. Washington St.,<br>Chicago, IL 60602<br>PH: (312)462-1700<br>Email: fabuzerr@molllawgroup.com<br><br>*Attorney for Plaintiff Stephanie Riggs* | **/s/ SHELLEY W. COLEMAN**<br>NC State Bar No. 22783<br>Attorney for Defendants<br>BUTLER SNOW LLP<br>6752 Rock Spring Road, Suite 310<br>Wilmington, NC 28405<br>PH:    (910) 550-1320<br>Email: Shelley.Coleman@butlersnow.com<br><br>*Attorney for Defendants Ethicon, Inc. and Johnson & Johnson* |

# **CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of September, 2021, I electronically filed the foregoing with the Clerk of the Court using the Court's ECF system which sent notification of such filing to all registered ECF participants.

Respectfully submitted,

**/s/ SHELLEY W. COLEMAN**
**NC State Bar No. 22783**
**Attorneys for Defendants**
**BUTLER SNOW, LLP**
**6752 Rock Spring Road, Suite 310**
**Wilmington, NC 28405**
**PH: (910) 550-1320**
**Email: Shelley.Coleman@butlersnow.com**

61171532.v1