UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No: 7:21-CV-112-BO

| | |
|---|---|
| STEPHANIE RIGGS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| JOHNSON & JOHNSON, and ETHICON ) | |
| INC., ) | |
| ) | |
| Defendants. ) | |

The Court has been advised that the parties have reached a complete settlement of the case. The parties are therefore DIRECTED to file a stipulation of dismissal, signed by all parties who appeared, within sixty (60) days of the date of this order, subject to the right of any party to provide notice to the Court within that time that the settlement will not be consummated. Failure to comply with this order will result in this matter being dismissed with prejudice at the close of the sixty-day period.

SO ORDERED, this _26_ day of September 2021.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE